IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN KEITH ARDWIN                                                    PLAINTIFF

v.                                    Case No. 4:25-cv-4034

DETECTIVE JARROD SIMMONS                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Judge Ford recommends that Defendant's Motion to Dismiss (ECF No. 30) Plaintiff's Complaint (ECF No. 1) be granted because of Plaintiff's failure to prosecute this matter and failure to comply with the Court's orders.

Plaintiff filed a timely objection. ECF No. 36. Plaintiff states that the failures documented by Judge Ford are the result of him being release from one detention facility and then being arrested and placed into another detention center shortly after. However, the timeline Plaintiff describes indicates that approximately two months went by after his arrest before he provided the Court with a new mailing address. Thus, the Court finds that Judge Ford's assessment of Plaintiff's failure to prosecute this matter is correct.

Accordingly, the Court adopts the R&R (ECF No. 32) in toto. Defendant's Motion to Dismiss (ECF No. 30) is hereby **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge